THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Phillip
 Barnett,        Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-444
Submitted July 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Donald J. Zelenka, Office of the
 Attorney General, all of Columbia; and Solicitor Harold W. Gowdy,
 III,  of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Phillip
Barnett appeals his guilty plea for murder and possession of a firearm during
the commission of a violent crime.  Barnetts counsel filed a petition to
be relieved as counsel.  No pro se brief was filed. After a thorough
review of the record and counsels brief pursuant to Anders v. California,
386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
(1991), we dismiss Barnetts appeal and grant counsels motion to be
relieved.[1]
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule
215, SCACR.